# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**EVELYN ROSARIO-ORTIZ, et al.,**
    Plaintiff(s)

    v.

**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO DE PUERTO RICO, et al.,**
    Defendant(s)

**Civil No. 15-2907(ADC)**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on December 12, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE**.

The Court shall retain jurisdiction to enforce compliance of the parties' agreement.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 12th day of December, 2018.

                        FRANCES RIOS DE MORAN
                        Clerk of the Court

                        By: <u>S/Sarah V. Ramón</u>
                             Sarah V. Ramón, Deputy Clerk